DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BOBBY LEE JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2707

_____

April 29, 2026

Appeal from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Blair Allen, Public Defender, and Karen M. Kinney, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.